UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> YOLANDA K. CRAWFORD, <br> Defendant. | Case No. 16-cv-01744-RS <br><br> **ORDER TO SHOW CAUSE** |

The clerk entered defendant's default in this matter on April 26, 2018. Plaintiff has failed to take any action since that time. Plaintiff is hereby ordered to move for entry of default judgment no later than October 3, 2018 or show cause why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED**.

Dated: 09/10/2018

_____
RICHARD SEEBORG
United States District Judge